IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BILLY WYNNE,
ADC #601431                                                                             PLAINTIFF

V.                            Case No. 3:13-cv-00208-KGB/JTR

DALE COOK, Sheriff,
Mississippi County, et al.                                                              DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 6). Plaintiff Billy Wynne filed an amended complaint in which he addressed his motions for temporary restraining order (Dkt. No. 8), which the Court construes as an objection to the Proposed Findings and Recommended Partial Disposition. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's motions for temporary restraining order (Dkt. Nos. 3, 5) are denied.

2.      The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 3rd day of December, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE