# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**BILLY WYNNE,**
**ADC #601431**                                                                                           **PLAINTIFF**

V.                              Case No. 3:13-cv-00208-KGB/JTR

**DALE COOK, Sheriff,**
**Mississippi County, et al.**                                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case be, and it is hereby, dismissed without prejudice. The relief sought is denied. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

SO ADJUDGED this 3rd day of December, 2013.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE